IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00094-MSK-BNB

JESSICA HANSEN,

  Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and
JOHN DOES 1 AND 2,

  Defendants.

_____

## ORDER REGARDING COMPLIANCE WITH RULES
_____

  THIS MATTER comes before the Court on Plaintiff Jessica Hansen's Motion for Remand **(#10)** filed February 16, 2006. A review of the Motion indicates that Plaintiff Hansen has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

  **IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

  DATED this 16th day of February 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge