IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00094-MSK-BNB

JESSICA HANSEN,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation, and
JOHN DOES 1 AND 2,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice **(#23)** filed July 20, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 20th day of July, 2006.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*
                                      Marcia S. Krieger
                                      United States District Judge